# CONFIDENTIAL SETTLEMENT AGREEMENT AND GENERAL RELEASE

This Confidential Settlement Agreement and General Release ("the Settlement Agreement") is made and entered into by and between, on the one hand, Herman Ortiz ("CLAIMANT"), and on the other, Joe Japanese Buffet Restaurant Inc. d/b/a Fuji Japanese Cuisine, by its owner Zhao Lin Chen ("COMPANY") (all parties collectively, "the Settling Parties"), as of October _____, 2017.

## RECITALS

A. WHEREAS, on or about May 31, 2017, CLAIMANT filed an action (the "Action") against COMPANY alleging, *inter alia*, that COMPANY failed to pay him certain wages due in connection with services Claimant performed on its behalf. The aforementioned Action is currently pending in the United States District Court, Eastern District of New York, Case No. 17-CV-3271;

B. WHEREAS, the Court has made no determination with respect to the claims presented;

C. WHEREAS, COMPANY admits no wrongdoing nor any liability with respect to CLAIMANT'S allegations;

D. NOW, THEREFORE, in consideration of the foregoing and in consideration of the covenants, warranties and promises set forth below, receipt of which is hereby acknowledged, the Settling Parties agree as follows:

## AGREEMENT

1. <u>Consideration</u>. The Settling Parties are entering into this Settlement Agreement in exchange for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged. CLAIMANT agrees that he will not seek any further consideration from COMPANY, including any monetary payment, beyond that which is set forth in Paragraph 2 of this Settlement Agreement.

2. <u>Settlement Compensation and Release.</u>

COMPANY agrees to pay CLAIMANT the total sum of ten thousand dollars ($10,000) ("Settlement Amount") as follows:

**First Payment**

Immediately upon Court approval, COMPANY shall deliver to Law Offices of Robert L. Kraselnik, PLLC, 40-08 Case Street, 2nd Fl., Elmhurst, NY 11373 (or any other address provided by CLAIMANT'S counsel), a check in the amount of $3,015.00, without any deductions or withholdings, payable to "**Herman Ortiz**";

1

Immediately upon Court approval, COMPANY shall deliver to Law Offices of Robert L. Kraselnik, PLLC, 40-08 Case Street, 2nd Fl., Elmhurst, NY 11373 (or any other address provided by CLAIMANT'S counsel), a check in the amount of $1,985.00, without any deductions or withholdings, payable to "**Law Offices of Robert L. Kraselnik, PLLC**";

## Second Payment

On or before December 3, 2017, COMPANY shall deliver to Law Offices of Robert L. Kraselnik, PLLC, 40-08 Case Street, 2nd Fl., Elmhurst, NY 11373 (or any other address provided by CLAIMANT'S counsel), a check in the amount of $670.00, without any deductions or withholdings, payable to "**Herman Ortiz**";

On or before December 3, 2017, COMPANY shall deliver to Law Offices of Robert L. Kraselnik, PLLC, 40-08 Case Street, 2nd Fl., Elmhurst, NY 11373 (or any other address provided by CLAIMANT'S counsel), a check in the amount of $330.00, without any deductions or withholdings, payable to "**Law Offices of Robert L. Kraselnik, PLLC**";

## Third Payment

On or before January 3, 2018, COMPANY shall deliver to Law Offices of Robert L. Kraselnik, PLLC, 40-08 Case Street, 2nd Fl., Elmhurst, NY 11373 (or any other address provided by CLAIMANT'S counsel), a check in the amount of $670.00, without any deductions or withholdings, payable to "**Herman Ortiz**"

On or before January 3, 2018, COMPANY shall deliver to Law Offices of Robert L. Kraselnik, PLLC, 40-08 Case Street, 2nd Fl., Elmhurst, NY 11373 (or any other address provided by CLAIMANT'S counsel), a check in the amount of $330.00, without any deductions or withholdings, payable to "**Law Offices of Robert L. Kraselnik, PLLC**";

## Fourth Payment

On or before February 3, 2018, COMPANY shall deliver to Law Offices of Robert L. Kraselnik, PLLC, 40-08 Case Street, 2nd Fl., Elmhurst, NY 11373 (or any other address provided by CLAIMANT'S counsel), a check in the amount of $670.00, without any deductions or withholdings, payable to "**Herman Ortiz**"

On or before February 3, 2018, COMPANY shall deliver to Law Offices of Robert L. Kraselnik, PLLC, 40-08 Case Street, 2nd Fl., Elmhurst, NY 11373 (or any other address provided by CLAIMANT'S counsel), a check in the amount of

$330.00, without any deductions or withholdings, payable to "**Law Offices of Robert L. Kraselnik, PLLC**";

### Fifth Payment

On or before March 3, 2018, COMPANY shall deliver to Law Offices of Robert L. Kraselnik, PLLC, 40-08 Case Street, 2nd Fl., Elmhurst, NY 11373 (or any other address provided by CLAIMANT'S counsel), a check in the amount of $670.00, without any deductions or withholdings, payable to "**Herman Ortiz**"

On or before March 3, 2018, COMPANY shall deliver to Law Offices of Robert L. Kraselnik, PLLC, 40-08 Case Street, 2nd Fl., Elmhurst, NY 11373 (or any other address provided by CLAIMANT'S counsel), a check in the amount of $330.00, without any deductions or withholdings, payable to "**Law Offices of Robert L. Kraselnik, PLLC**";

### Final Payment

On or before April 3, 2018, COMPANY shall deliver to Law Offices of Robert L. Kraselnik, PLLC, 40-08 Case Street, 2nd Fl., Elmhurst, NY 11373 (or any other address provided by CLAIMANT'S counsel), a check in the amount of $670.00, without any deductions or withholdings, payable to "**Herman Ortiz**"

On or before April 3, 2018, COMPANY shall deliver to Law Offices of Robert L. Kraselnik, PLLC, 40-08 Case Street, 2nd Fl., Elmhurst, NY 11373 (or any other address provided by CLAIMANT'S counsel), a check in the amount of $330.00, without any deductions or withholdings, payable to "**Law Offices of Robert L. Kraselnik, PLLC**";

For and in consideration of the payment provided for in this paragraph 2, subject to the terms and provisions of this Settlement Agreement, CLAIMANT fully, finally, irrevocably and forever release and discharges COMPANY, including each of its current and former parent corporations, subsidiary and affiliated companies, divisions, related companies, predecessors, successors, assigns, holding companies, officers, directors, shareholders, owners, employees and agents from any and all claims causes of action or complaints that were and/or could have been brought in this Action under the Fair Labor Standards Act and New York Labor Law and supporting New York regulations ("Claims").

      3.    <u>Taxes</u>. CLAIMANT understands and agrees that COMPANY is not withholding federal or state income taxes, FICA, Social Security, Medicare, or any other withholding from the settlement payment and therefore agrees and promises to pay all taxes which may be due with respect to those portions of the Settlement Payment in the event a governmental taxing authority determines that any such taxes are due. CLAIMANT further agrees to indemnify and hold COMPANY harmless from all

liabilities for failing to withhold the foregoing tax items from the Settlement Payment to them.

4. <u>Cooperation</u>. CLAIMANT and COMPANY mutually agree that they will not disparage each other and will say or do nothing to bring discredit upon the other.

5. <u>Entire Agreement</u>. This Settlement Agreement constitutes the complete understanding of the Settling Parties. No other promises or agreements shall be binding unless agreed to in writing and signed by the Settling Parties.

6. <u>Counterparts</u>. This Agreement may be executed in any number of counterparts and any Party hereto and/or their respective counsel may execute any such counterpart, each of which when executed and delivered shall be deemed to be an original and all of which counterparts taken together shall constitute one and the same instrument. Fax and/or PDF signatures shall be deemed valid for purposes of this Settlement Agreement.

IN WITNESS THEREOF, the Settling Parties hereto evidence their agreement by their signature below.

_____
Herman Ortiz

ACKNOWLEDGEMENT

State of New York   )
County of New York)ss.:

On the 7TH day of November in the year 2017 before me the undersigned, a Notary Public in and for said State, personally appeared Herman Ortiz personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity/(ies), and that his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

ROBERT L. KRASELNIK
Notary Public, State of New York
No. 02KR6341795
Qualified in Westchester County
Expires May 16, 2020
_____
Notary Public

                    Joe Japanese Buffet Restaurant Inc.
                    d/b/a Fuji Japanese Cuisine

4

Joe Japanese Buffet Restaurant Inc.
d/b/a Fuji Japanese Cuisine

By: *Zhao Lin Chen*
Name: Zhao Lin Chen
Title: Owner

## ACKNOWLEDGEMENT

State of New York   )
County of Queens   ) ss.:

On the 8th day of November in the year 2017 before me the undersigned, a Notary Public in and for said State, personally appeared Zhao Lin Chen personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity/(ies), and that his signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public

FEILI ZHENG
NOTARY PUBLIC-STATE OF NEW YORK
No. 01ZH6235782
Qualified in Queens County
My Commission Expires April 06, 2019